IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02715-CMA-CBS

ENCARNACION T. RIVERA,

    Plaintiff,

v.

BEVERLY DOWIS, HSA, Physician Health Partners,
WARDEN KEVIN MILYARD, Sterling Correctional Facility,
ARISTEDES ZAVARAS, Executive Director of C.D.O.C.,
P.A. JOANN STOCK, Sterling Correctional Facility P.H.P.,
N.P. KATHRY RITTENHOUSE, Sterling Correctional P.H.P.,
DR. JOSEPH GARY FORTUNADO, Sterling Correctional Facility P.H.P.,
DR. PAULA FRANTZ, Chief Medical Officer, Physician Health Partners,
CAPTAIN RICHIE MISHIARA, Sterling Correctional Facility,
CAPTAIN WEINGARDT, Sterling Correctional Facility,
DR. STEPHEN KREBS, Physician Health Partners,
CATHIE HOLST, A.D.A. Coordinator, Colorado Department of Corrections, and
JOHN DOE AND JANE DOE 1-10,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 22 2009

GREGORY C. LANGHAM
                  CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendants. If appropriate, the Marshal

shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendants or counsel for the Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

DATED: April __21__, 2009

BY THE COURT:

*/s/ Christine M. Arguello*

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02715-CMA-CBS

Encarnacion T. Rivera
Prisoner No. 111364
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Bevery Dowis, Kevin Milyard, Aristedes Zavaras,
P.A. Joann Stock, Dr. Joseph Gary Fortunado,
Dr. Paula Frantz, Captain Richie Mishiara,
Captain Weingardt, and Cathie Holst – **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Kathryn Rittenhouse, and Dr. Stephen Krebs

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Bevery Dowis, Kevin Milyard, Aristedes Zavaras, P.A. Joann Stock, Dr. Joseph Gary Fortunado, Dr. Paula Frantz, Captain Richie Mishiara, Captain Weingardt, and Cathie Holst; and to the United States Marshal Service for service of process on Dr. Kathryn Rittenhouse, and Dr. Stephen Krebs: AMENDED COMPLAINT FILED 4/15/09, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/22/09 .

                                                GREGORY C. LANGHAM, CLERK

                                             By: _____
                                                           Deputy Clerk