IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02715-CMA-CBS

ENCARNACION T. RIVERA,
    Plaintiff,
v.

BEVERLY DOWIS, HSA, Physician Health Partners, *et al.*,
    Defendants.

ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Rivera's letter (filed September 2, 2009) (doc. # 40).  Pursuant to the Order of Reference dated April 23, 2009 (doc. # 21), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters. . . ."  The court need not respond to letters that are not submitted in the form of a motion.  Nevertheless, the court hereby responds to Mr. Rivera's inquiry as follows.

    Mr. Rivera asks "what is the status on my case?" and "is there is going to be a hereing [sic] on my civil action?"  (*See* doc. # 40).  Currently pending are: (1) "Motion to Dismiss from Defendant Stephen Krebs, M.D." (filed June 22, 2009) (doc. # 31) and (2) "Motion to Dismiss" filed by Defendants Dowis, Milyard, Zavaras, Stock, Rittenhouse, Fortunato, Frantz, Mishiara, Wingert, and Holst on June 22, 2009 (doc. # 34).  Mr. Rivera filed his "Combined Rebuttal of 'State Defendants' Motion to Dismiss and Dr. Stephen Krebs M.D. P.H.P." ("Response") on July 22, 2009 (doc. # 38).  Defendant Krebs filed his Reply in Support of his Motion to Dismiss on July 27, 2009 (doc. # 39).

The Magistrate Judge will issue a Recommendation on the Motions to the District Judge in due course, as promptly as possible.  No hearings are currently set in the case.

DATED at Denver, Colorado, this 3rd day of September, 2009.

BY THE COURT:

 s/Craig B. Shaffer
United States Magistrate Judge